IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal. No. 12-20057 |
| | ) | |
| vs. | ) | 18 U.S.C. § 641 |
| | ) | |
| DEVITOE FARMER, | ) | |
| | ) | |
| Defendant. | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

### BACKGROUND

1.  At all times material to this indictment:

    A. The Federal Housing Administration (hereinafter referred to as "FHA"), provides mortgage insurance on loans made by FHA approved lenders throughout the United States and its territories.

    B. FHA mortgage insurance provided lenders with protection against losses as a result of homeowners defaulting on their mortgage loans. The lenders bear less risk because FHA will pay a claim to the lender in the event of a homeowner's default.

    C. If a FHA insured mortgage goes into foreclosure, the lender bank attempts to sell the property at a foreclosure auction. If the lender is unable to sell the property, then FHA pays a claim to the lender and ownership of the property is transferred to the United States Department of Housing Development (hereinafter referred to as "HUD"). Once HUD becomes the property owner, the property is offered for sale to recover the loss on the foreclosure claim.

D.  Properties located at 4737 Grecco Drive, Memphis, Tennessee 38128, 3386 Raleigh Millington Road, Memphis, Tennessee 38128, and 3550 Meritt Street, Memphis, Tennessee 38128 were owned by HUD.

E.  The total value of each of the aforementioned properties was in excess of $1,000.00.

F.  FHA became part of HUD's office of housing in 1965. HUD is a department of the United States.

2.  On or about February 18, 2011, in the Western District of Tennessee, the defendant,

---------------------------------------------DEVITOE FARMER-------------------------------------------

did knowingly steal, purloin and convert without authority real property located at 4737 Grecco Drive, Memphis, Tennessee 38128, that was the property of the United States which exceeded a value of $1,000.00.

All in violation of Title 18, United States Code, Section 641.

## **Count 2**

1. The allegations contained in paragraph 1 of this indictment are re-alleged and incorporated by reference as if fully set forth herein.

2. On or about February 20, 2011, in the Western District of Tennessee, the defendant,

----------------------------------------------------DEVITOE FARMER----------------------------------------------

did knowingly steal, purloin and convert without authority real property located at 3386 Raleigh Millington Road, Memphis Tennessee 38128, that was the property of the United States which exceeded a value of $1,000.00.

All in violation of Title 18, United States Code, Section 641.

### Count 3

1.  The allegations contained in paragraph 1 of this indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.  On or about April 11, 2011, in the Western District of Tennessee, the defendant,

-------------------------------------------------DEVITOE FARMER-------------------------------------------

did knowingly steal, purloin and convert without authority real property located at 3550 Meritt Street, Memphis, Tennessee 38128, that was the property of the United States which exceeded a value of $1,000.00.

All in violation of Title 18, United States Code, Section 641.

**A TRUE BILL:**

s/Grand Jury Foreperson
_____
FOREPERSON

DATE: March 21, 2012

_____
**EDWARD L. STANTON, III
UNITED STATES ATTORNEY**